STATE OF NEW JERSEY v. MARIO ONA.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. TONY LEE WRIGHT.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ALONSO WILLIAMS.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. MARIO NENJIVAR.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND VARELA.

June 27, 1989.

Petition for certification denied.